UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **OHIOANS AGAINST CORPORATE BAILOUTS**, *et al*, | : : : | Case No. 2:19-CV-4466 |
| Plaintiffs, | : : | Judge Sargas |
| v. | : : | |
| **FRANK LAROSE**, *et al*, | : : | |
| Defendants. | : | |

### DECLARATION OF MICHAEL ROBERSON

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am over 18 years of age and have personal knowledge of the facts stated herein.

2. I am a resident and registered voter in the State of Nevada.

3. I am currently the CEO of Advanced Micro Targeting, Inc. ("AMT").

4. AMT has been contracted for compensation by Ohioans Against Corporate Bailouts ("OACB") to manage and supervise the effort in Ohio to obtain signatures for the petition to support the referendum on H.B. 6.

5. I aware of the mandates contained in Ohio Rev. Code § 3501.381 and, in particular, the requirement that any person pay or being paid for supervising, managing, or otherwise organizing any effort to obtain signatures must pre-register with the Ohio Secretary of State through the filing of a Form 15.

6. I am also aware that those who fall within the requirement Ohio Rev. Code § 3501.381 but who fail to timely file the Form 15 face criminal prosecution and that the related petition effort will be invalidated.

7. In light of the criminal penalties and the invalidation of the petition, and out of an abundance of caution to ensure that a person who might, after the fact, be found to be subject to within the requirement Ohio Rev. Code § 3501.381 but did not timely file the Form 15, AMT is requiring all of its applicants to have a Form 15 filed with the Ohio Secretary of State before beginning to work on the project for OACB. This inevitably delays the hiring process and, even more significant, further delays the time before such applicants once hired can actually be involved in any manner in the petition-circulating effort for OACB..

8. During the application process, AMT's Dallas hiring office, AMT's IT/Verification department, the local Ohio office Project Manager, AMT's Ohio State Director and I communicate on every Form 15.

9. The Form 15 information for each AMT applicant is emailed to me by either the Dallas hiring office or the local Ohio project manager (depending on the application intake).

10. I then complete the two Form 15s and emails it to the applicant, AMT's Dallas hiring office and the local Ohio.

11. Upon the applicant's signing of the Form 15s, the signed Form 15s are then emailed to me by either the Dallas hiring office, the local Ohio project manager, or the applicant.

12. I then review the completed and signed Form 15s and emails the same to OACB.

13. I have spent the equivalent of a 40-hour work week every week since the beginning of the referendum petition effort to subject H.B. 6 to referendum in processing Form 15 information. Time spent processing Form 15 information and forms keeps me from managing and supervising my company and the larger H.B. 6 referendum effort.

14. OACB hand-delivers the signed Form 15s to the Ohio Secretary of State for filing and then scans and emails to me time-stamped copies.

15. Upon receiving the time-stamped scans of the filed Form 15s, I then review the file-stamped copies of the Form 15s and email the same to AMT's Dallas hiring office, AMT's IT/Verification department and AMT's Ohio State Director.

16. Only after the previous steps have been taken does the AMT hiring office communicate to the Ohio local project manager that the applicant is hired and authorized to work in Ohio.

17. AMT maintains a database of scanned, file-stamped Form 15s and a spreadsheet of the same.

18. This database is utilized by the local AMT petition processing manager in Columbus and AMT's IT/Verification department to audit circulator signature.

19. Prior to AMT entering into an agreement with a third-party vendor, AMT must explain the Ohio Form 15 process to the vendor and negotiate an agreement on the process to be followed, which is memorialized in the agreement.

20. Depending on the vendor, either I complete the Forms 15s for signature by the vendor and the vendor's circulators, or the vendor submits completed Form 15s to me.

21. In either scenario, I review the completed and signed Form 15s for each vendor and each vendor's circulators and on a daily basis, I then email the same to OACB.

22. Much time is spent by me on a daily basis sending back Form 15s due to poor scan quality or mistakes in the completing of information for the Form 15s. I estimate that on most days I am occupied with Form 15 issues from 6:00 am PDT until past 10:00 pm PDT.

23. OACB hand-delivers the signed Form 15s to the Ohio Secretary of State for filing and then scans and email to me time-stamped copies.

24. I then review the file-stamped copies of the Form 15s and email the same to the vendor, AMT's Dallas hiring office, AMT's IT/Verification department and AMT's Ohio State Director.

Declaration of Michael Roberson Page- 3 -

25. Only upon the vendor's receipt from me of the applicable file-stamped Forms 15s, is a vendor and/or a vendor's employee(s) authorized to work in Ohio.

26. AMT maintains a database of scanned, file-stamped Form 15s and a spreadsheet of the same.

27. This database is utilized by the local AMT petition processing manager in Columbus and AMT's IT/Verification department to audit circulator signatures.

28. AMT is now in the process of requiring each vendor to sign an affidavit(s) acknowledging under penalty of perjury: (i) that all signatures turned into AMT by the vendor were obtained from a list of circulators who had both Forms 15s filed with the Ohio Secretary of State prior to an any signature being obtained by such circulator, and (ii) that the manager of such circulator also had their own Form 15s (both versions) filed with the Ohio Secretary of State prior to any circulator collecting signatures under the manager's supervision.

29. All of the foregoing delays AMT's contracting with third-party vendors, delays the ability of third-party vendors to hire applicants and get applicants into the field to exercise their 1st Amendment rights.

30. All told, AMT has expended hundreds of hours in complying with the Form 15 requirements since beginning to work on the H.B. 6 referendum project.

31. One of AMT's staff informed me, upon request, that he spends an estimated 2-3 hours every day on Form 15 information and processing.

32. A second AMT staff member, upon request, informed me that he spends 10-15% of his time on Form 15 information and processing.

33. A third AMT staff member informed me, upon request, that she spends 1-2 hours per day on Form 15 information and processing.

34. A fourth AMT staff member informed me, upon request, that she spends 4-5 hours every day on Form 15 information and processing.

35. A fifth AMT staff member informed me, upon request, that he has spent 5 hours a day on Form 15 information and processing. He estimates that a new hire requires 1-8 hours to collect and process Form 15 information. He also estimates the AMT has lost 15-20 potential hires because of the time and burden involved in the Form 15 process.

36. While AMT desires and would normally become involved in future statewide petition efforts in Ohio, in light of the severe burden of the Form 15 filing requirements, we are unlikely to do so in light of the significant diversion of time, energy and resources necessary to comply with the pre-registration mandates of Ohio Rev. Code § 3501.381, as well as in light of the invalidation of the entire petition effort based upon a single violation of not timely filing a Form 15 and as in light of the criminal penalties imposed by Ohio Rev. Code § 3501.381

37. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of October, 2019.

*/s/ MR*

Michael Roberson

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing will be served upon all counsel of record via the Court's ECF on the date of filing.

                                                /s/ Curt C. Hartman