THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ohioans Against Corporate Bailouts, LLC, et al. :
: Case No. 2:19-cv-4466
: Judge: Edmund A. Sargus, Jr.
v. : Corporate Disclosure Statement
:
Frank LaRose, as Ohio Secretary of State, et al. :
:

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

FirstEnergy Solutions Corp. ("FES").

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

   _X_ YES   ___ NO

   If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
   FES is currently a subsidiary of FirstEnergy Corp., a publicly owned corporation.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

   ___ YES   _X_ NO

   If the answer is YES, list the identity of such corporation and the nature of the financial interest.
   The outcome of this case does not involve financial interests.

   /s/ Stuart G. Parsell                    10/10/2019
   Signature of Counsel                     Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**