UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| OHIOANS AGAINST CORPORATE BAILOUTS, LLC, *et al*, | Case No. 2:19-CV-4466 |
| Plaintiffs, | Judge Sargus |
| v. | |
| FRANK LAROSE, *et al*, | |
| Defendants. | |

## DECLARATION OF DEVYN TITUS

Pursuant to 28 U.S.C. § 1746, I, **DEVYN TITUS,** hereby declare as follows:

1. I am over 18 years of age and have personal knowledge of the facts stated herein.

2. Currently, I am involved in the effort in Ohio to circulate petitions in order to subject portions of H.B. 6 to referendum.

3. Prior to engaging in any such efforts, I completed an Ohio Secretary of State Form 15.

4. On the Form 15, I disclosed not only my name but my cell phone number.

5. On October 9, 2019, I received a phone call on my cell phone from the phone number indicated as (252) 404-2197 and the caller identifed himself as Marcus with Ohioans for Energy Security. I recorded the ensuing phone conversation between myself and Marcus, a true and accurate digital copy of which is provided herewith as an Exhibit.

6. During the phone conversation between myself and Marcus, Marcus volunteered that he had obtained my contact information from the Form 15 on file with the Secretary of State's office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of October 2019.

_____

## EXHIBIT

An electronic version of the recording identified in paragraph 5 will be manually filed with the Office of the Clerk of Court.