UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **OHIOANS AGAINST** | : | Case No. 2:19-CV-4466 |
| **CORPORATE BAILOUTS, LLC,** *et al,* | : | |
| | : | Judge Sargus |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **FRANK LAROSE,** *et al,* | : | |
| | : | |
| Defendants. | : | |

## DECLARATION OF JEREMY DOUCETT

Pursuant to 28 U.S.C. § 1746, I, **JEREMY DOUCETT,** hereby declares as follows:

1. I am over 18 years of age and have personal knowledge of the facts stated herein.

2. Currently, I am involved in the effort in Ohio to circulate petitions in order to subject portions of H.B. 6 to referendum.

3. I serve as a regional field director with Texas Petition Strategies, LLC.

4. Prior to engaging in any such efforts, I completed an Ohio Secretary of State Form 15.

5. On the Form 15, I disclosed not only my name but my cell phone number.

6. On October 9, 2019, I received an unsolicited text message on my cell phone from the phone number indicated as (252) 404-2197 and the person identifying himself as Marcus with Ohioans for Energy Security.

7. I briefly engaged in a text exchange on my phone with the person identifying himself as Marcus.

8. A true and accurate copy of the text exchange taken by a screen shot of my phone follows:

> (252) 404-21...
>
> Wednesday, October 9, 2019
>
> **Hey Jeremy.. My name is Marcus, and I'm with Ohioans for Energy Security. Are you currently in OH? If so, I might have an opportunity that would interest you.**  1:55 PM
>
> 1:56 PM  **What you got Marcus? Yes, I'm in Ohio**

9. Marcus called me on my cell phone later on October 9, 2019. During that phone call I informed him that he was harassing a number of my field workers. He promptly hung up. I have not heard from him again.

10. Several of my field petition workers have received similar calls and text messages. I have received several complaints about such calls and text messages, with my field workers very concerned about how their personal contact information is being obtained.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of October 2019.

[signature]

-2-