UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **OHIOANS AGAINST** | : | Case No. 2:19-CV-4466 |
| **CORPORATE BAILOUTS, LLC,** *et al*, | : | |
| | : | **Judge Sargus** |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **FRANK LAROSE,** *et al*, | : | |
| | : | |
| Defendants. | : | |

## DECLARATION OF MARGARET MOYA

Pursuant to 28 U.S.C. § 1746, I, **MARGARET MOYA,** hereby declare as follows:

1. I am over 18 years of age and have personal knowledge of the facts stated herein.

2. Currently, I am involved in the effort in Ohio to circulate petitions in order to subject portions of H.B. 6 to referendum.

3. Prior to engaging in any such efforts, I completed an Ohio Secretary of State Form 15.

4. On the Form 15, I disclosed not only my name but my cell phone number.

5. I used my legal name on the Form 15. I customarily go by the name "Lori," however, among people I am familiar with, including those with whom I have been working on the petition drive.

6. On October 9, 2019, I received an unsolicited text message on my cell phone from the phone number indicated as (252) 404-2197 and the person identifying himself as Marcus with Ohioans for Energy Security.

7. The person identified as Marcus addressed me as "Margaret" in the text message, which means that the only reasonable place that he could have gotten my name and cell phone number is the Form 15 I submitted.

8. I briefly engaged in a text exchange on my phone with the person identifying himself as Marcus.

9. A true and accurate copy of the text exchange taken by a screen shot of my phone follows:



10. Marcus subsequently called me on my cell phone and I spoke with him briefly. He said that he had an offer for me. But I had to excuse myself from the call before he could give me a dollar amount and the details. I have not heard from Marcus again as of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of October 2019.

*Margaret Moya*